UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    CV 15-09212-MWF(GJSx)                              Date: January 21, 2016

Title: *Star Fabrics Inc v. Modnique Inc et al*

---

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Anel Huerta | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:                 ATTORNEYS PRESENT FOR DEFENDANTS:
                None                                                                  None

PROCEEDINGS (IN CHAMBERS):  ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION

   Plaintiff is ordered to show cause, in writing, no later than **February 11, 2016**, why defendant Modcloth, Inc. should not be dismissed for lack of prosecution.

   The Court will consider the filing of the following on or before the above date as an appropriate response to this Order to Show Cause:

___    Proof of service of summons and complaint

_X_   Answer by the defendant or an application for entry of default pursuant to Federal Rule of Civil Procedure 55(a)

___    An application for entry of default judgment pursuant to Federal Rule of Civil Procedure 55(b)

   No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the dismissal of this action.

Initials of Deputy Clerk   ah

(Rev. 10/1/04)