JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MODNIQUE; *et al.*<br><br>Defendants. | Case No. CV15-9212-MWF (GJSx)<br><u>Hon. Michael W. Fitzgerald Presiding</u><br><br>**ORDER ON STIPULATION TO DISMISS ACTION** |

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The entire Action is dismissed with prejudice; and
2. All parties will bear their own costs and attorney's fees incurred against one another in this action.

SO STIPULATED.

Date: September 20, 2016          By: _____
                                  HON. MICHAEL W. FITZGERALD
                                  UNITED STATES DISTRICT JUDGE